STATE OF NEW JERSEY v. EUGENE BOONE.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL EARL SMITH.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL CULLY.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT H. BROWN.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILIP DE CARLO.

February 6, 1987.

Petition for certification denied.